UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JEFFREY T. CARNEY,

    Plaintiff,

v.                                                         Case No.: 3:23-cv-1248-HLA-PDB

LAURA LITCHULT &
SMITHFIELD ESTATES EJP, LLC,

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court sua sponte. On November 9, 2023, the Court ordered the pro se Plaintiff to show cause why this matter should not be dismissed for lack of subject-matter jurisdiction on or before December 4, 2023. (Dkt. 4). The time having passed to do so without such a response, the Court deems it appropriate at this stage to dismiss the complaint without prejudice. Accordingly, it is

    **ORDERED:**

    1. Plaintiff's pro se Complaint (Dkt. 1) is **DISMISSED** without prejudice.

2. The Clerk is directed to **close** this case.

**DONE AND ORDERED** at Jacksonville, Florida, this 13 day of December, 2023.

HENRY LEE ADAMS, JR.
United States District Judge

Copies to:

Jeffrey T. Carney
30 Crystal Palm Blvd.
Apt. 202
St. Johns, FL 32259